| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Diamond Realty** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Realty One Group Diamond** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-3712790** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3748 Bayer Ave., Suite 101**<br>**Long Beach, CA 90808**<br>Number, Street, City, State & ZIP Code | **P.O. Box 761398**<br>**Los Angeles, CA 90076**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Diamond Realty** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5312_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Diamond Realty**
     Name                                                               Case number (*if known*)

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | | | Relationship | |
| District | | When | Case number, if known | |

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency

           Contact name

           Phone

---

## ■ Statistical and administrative information

**13.  Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Diamond Realty**
        Name                                                    Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **Diamond Realty**
Name
Case number *(if known)*

---

▓  **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 20, 2023**
MM / DD / YYYY

X _(signature)_

Signature of authorized representative of debtor

Title    **Chief Executive Officer**

**Jeffrey Siegel**
Printed name

---

**18. Signature of attorney**

X _(signature)_
Signature of attorney for debtor

Date    **March 20, 2023**
MM / DD / YYYY

**James R. Selth 123420**
Printed name

**Weintraub Zolkin Talerico & Selth LLP**
Firm name

**11766 Wilshire Boulevard**
**Suite 450**
**Los Angeles, CA 90025**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 207-1494**    Email address    **jselth@wztslaw.com**

**123420 CA**
Bar number and State

---

## CERTIFICATE OF RESOLUTIONS OF DIAMOND REALTY

The undersigned, being an authorized officer of Diamond Realty, a California corporation, does hereby certify that the following resolutions were adopted by unanimous consent of the members:

RESOLVED that Jeffrey Siegel is authorized to execute and cause to be filed a petition under Chapter 7 of the United States Bankruptcy Code on behalf of Diamond Realty.

RESOLVED that the filing of a Chapter 7 case on behalf of Diamond Realty is in the best interests of the corporation, and its shareholders and creditors.

RESOLVED that Weintraub Zolkin Talerico & Selth LLP is retained to act as general bankruptcy counsel in that proceeding.

RESOLVED that Jeffrey Siegel is the party designated to act on behalf of the company in all matters pertaining to the Chapter 7 proceeding including, but not limited to providing direction to counsel, executing documents, and appearing in Court as necessary.

Dated: March 20, 2023

By: _____
        Jeffrey Siegel, Chief Executive Officer

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Los Angeles, California**_____ , California.

Date:  **March 20, 2023**_____

_____, Chief Executive Officer

Jeffrey Siegel
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                      Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **Diamond Realty**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 20, 2023          X _____

Signature of individual signing on behalf of debtor

**Jeffrey Siegel**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Diamond Realty**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................  $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................  $     **52,497.19**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................  $     **52,497.19**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $     **247,591.47**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................  +$     **1,921,058.67**

4.  **Total liabilities** ...............................................................................................................
Lines 2 + 3a + 3b

    $     **2,168,650.14**

**Fill in this information to identify the case:**

Debtor name __**Diamond Realty**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Checking** | **0183** | **$2,595.39** |
| 3.2. | **Wells Fargo Bank** | **Checking** | **2139** | **$15.80** |
| 3.3. | **Wells Fargo Bank (overdrawn)** | **Checking** | **2329** | **$0.00** |
| 3.4. | **U.S. Bank** | **Checking - trust account** | **9897** | **$11,091.00** |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**        | **$13,702.19** |
          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

Debtor    **Diamond Realty**                                     Case number *(If known)* _____
Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1. | Possible investments in hedge funds Hallmark Capital, SkyBridge Capital, Hunter Bromley.  These are disclosed as debits in company's 2019 books and records.  New management has been unable to confirm whether these investments still exist. | | $37,655.00 |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 16.1. | Two checks payable to Debtor (will be deposited into Debtor's account) | | $1,140.00 |

**17.    Total of Part 4.**                                                                  | $38,795.00 |

Add lines 14 through 16.  Copy the total to line 83.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

---

| Debtor | **Diamond Realty** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** Office furniture (sofa, chairs, front desk, conference table, coffee tables, filing cabinet) | **Unknown** | | **Unknown** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Television, telephone system, computers | **Unknown** | | **Unknown** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | **$0.00** |
|---|---|---|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |

Debtor    **Diamond Realty** _____    Case number *(If known)* _____
Name

**Franchise Agreement with Realty One Group**
**Affiliates, Inc. (in default)** _____    **$0.00** _____    **Unknown**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**    | **$0.00** |

      Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                            **Current value of**
                                            **debtor's interest**

71.    **Notes receivable**
    Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit**
    **has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of**
    **every nature, including counterclaims of the debtor and rights to**
    **set off claims**
    **Potential claims against Jennifer Pok and Thomas W.**
    **Kielty**    **Unknown**

    **Nature of claim**    **Conversion for diverting**
                    **business and agents to new**
                    **business**

    **Amount requested**    **$0.00**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership

Debtor    **Diamond Realty**                                              Case number *(If known)* _____
       Name

| | |
|---|---|
| 78. **Total of Part 11.** | $0.00 |
| Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

| Debtor | **Diamond Realty** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $13,702.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $38,795.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $52,497.19 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $52,497.19 |

**Fill in this information to identify the case:**

Debtor name      **Diamond Realty**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Business Funding Source, Inc.** | | $28,175.00 | Unknown |
|---|---|---|---|---|

**Business Funding Source, Inc.**
Creditor's Name

**27702 Crown Valley Pkwy., D4-179**
**Ladera Ranch, CA 92694**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**3/2020**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All Debtor's assets**

Describe the lien
**UCC-1**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **SPG Advance, LLC** | | $69,416.47 | Unknown |
|---|---|---|---|---|

**SPG Advance, LLC**
Creditor's Name

**1221 McDonald Ave.**
**Brooklyn, NY 11230**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**1/2019**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**All Debtor's assets**

Describe the lien
**UCC-1**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Diamond Realty** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **U.S. Small Business Administration** | | |
|---|---|---|---|

Creditor's Name

**801 Tom Martin Dr., Suite 120**
**Birmingham, AL 35211**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**    $150,000.00    Unknown
**All Debtor's assets**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $247,591.47

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Business Funding Source**<br>**461 Van Brunt St.**<br>**Brooklyn, NY 11231** | Line **2.1** | |
| **Tailored Capiital**<br>**501 N. El Camino Real, Suite 200**<br>**San Clemente, CA 92672** | Line **2.1** | |
| **U.S. Small Business Administration**<br>**Office of General Counsel**<br>**312 N. Spring St., 5th Fl.**<br>**Los Angeles, CA 90012** | Line **2.3** | |
| **U.S. Small Business Administration**<br>**10737 Gateway West, #300**<br>**El Paso, TX 79935** | Line **2.3** | |

**Fill in this information to identify the case:**

Debtor name    **Diamond Realty**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section, MS: A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid taxes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid taxes and penalties**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

Debtor  **Diamond Realty**                                    Case number *(if known)* _____
     Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,000.00 |
|---|---|---|---|

**Alejandro Portillo**
**6432 Dakota Ridge**
**El Paso, TX 79912**

Date(s) debt was incurred  **7/2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Claim against probate estate of Debtor's former owner; Debtor disputes liability**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American Credit Systems, Inc.**
**P.O. Box 72849**
**Roselle, IL 60172-0849**

Date(s) debt was incurred  **4/2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Collection agency for unknown creditor; believed settled with no sums due**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,255.00 |
|---|---|---|---|

**Assured Commercial Cleaning, Inc.**
**2480 California Ave., Suite B-307**
**Signal Hill, CA 90755**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Janitorial services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86,106.35 |
|---|---|---|---|

**Bluevine Capital**
**401 Warren St.**
**Redwood City, CA 94063**

Date(s) debt was incurred  **1/2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Brian Phelt**
**1316 Leopard Hunt**
**San Antonio, TX 78251-4064**

Date(s) debt was incurred  **4/2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Claim against probate estate of Debtor's former owner; Debtor disputes liability**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,575.00 |
|---|---|---|---|

**CalCom Federal Credit Union**
**3748 Bayer Ave., Suite 104**
**Long Beach, CA 90808**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**CHTD Company**
**P.O. Box 2576**
**Springfield, IL 62708**

Date(s) debt was incurred  **11/2018**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UCC representative for unknown creditor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Diamond Realty** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Complete Business Solutions Group**
20 N. 3rd St.
Philadelphia, PA 19106

Date(s) debt was incurred  **3/2019**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Loan; believed settled with no sums due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Corporation Service Company**
P.O. Box 2576
Springfield, IL 62708

Date(s) debt was incurred  **1/2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UCC representative for unknown creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**EBF Partners, LLC**
5 W. 37th St., Suite 1100
New York, NY 10018

Date(s) debt was incurred  **3/2020**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Loan; belived settled with no sums due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Employment Development Dept.**
**Bankruptcy Group MIC 92E**
P.O. Box 826880
Sacramento, CA 94280-0001

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Financial Pacific Leasing**
3455 S. 344th Way, Suite 300
Federal Way, WA 98001

Date(s) debt was incurred  **8/1/2019**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease of computers and software**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**First Corporate Solutions**
914 S St.
Sacramento, CA 95811

Date(s) debt was incurred  **1/2019**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UCC representative for unknown creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,316.39**

**Fusion, LLC**
210 Interstate North Pkwy.
Suite 200
30339

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Diamond Realty** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58,000.00**

**Gabriel Mendez**
5925 Silver Springs, Suite A
El Paso, TX 79912

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **7/2020**

Last 4 digits of account number  _

Basis for the claim:  **Claim against probate estate of Debtor's former owner; Debtor disputes liability**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Hiscox Insurance Company, Inc.**
104 S. Michigan Ave., Suite 600
Chicago, IL 60603

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **EO22**

Basis for the claim:  **Potential claim for unpaid insurance premiums**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,000.00**

**Ho Suk Tak**
17438 Sapphire Rim Dr.
San Antonio, TX 78232

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **11/2020**

Last 4 digits of account number  _

Basis for the claim:  **Claim against probate estate of Debtor's former owner; Debtor disputes liability**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,000.00**

**Jennifer Pok**
319 Nieto Ave.
Long Beach, CA 90814

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Claim against probate estate of Debtor's former owner; Debtor disputes liability**

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$458,431.96**

**Karen S. Wood-Nackard**
8112 N. 53rd St.
Paradise Valley, AZ 85253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2021**

Last 4 digits of account number  _

Basis for the claim:  **Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$69,844.62**

**LoanMe**
1900 S. State College Blvd.
Suite 300
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2019**

Last 4 digits of account number  _

Basis for the claim:  **Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,000.00**

**Nassim Ahmed**
6240 Shore Point Ct.
Rancho Cucamonga, CA 91729

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **11/2018**

Last 4 digits of account number  _

Basis for the claim:  **Claim against probate estate of Debtor's former owner; Debtor disputes liability**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Diamond Realty**                                                          Case number *(if known)* _____
    Name

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$1,482.62** |

**Net2Phone Global Services, LLC**
**520 Broad St., 5th Fl.**
**Newark, NJ 07102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **Phone service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$13,107.50** |

**Opcity Inc.**
**P.O. Box 122570**
**Dallas, TX 75312-2570**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **Referral fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$176,277.99** |

**Realty One Group Affiliates, Inc.**
**23811 Aliso Creek Rd., Suite 168**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:   **Franchise fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$150,000.00** |

**Santiago Group, Inc.**
**17423 Lake Chelan Ln.**
**Humble, TX 77346**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred**  **3/2018**

**Last 4 digits of account number** _

Basis for the claim:   **Claim against probate estate of Debtor's former owner; Debtor disputes liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$120,000.00** |

**Sok Shin**
**13404 Overlook Bluff**
**San Antonio, TX 78233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **10/2020**

**Last 4 digits of account number** _

Basis for the claim:   **Claim against probate estate of Debtor's former owner; Debtor disputes liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$70,200.00** |

**Steven Griffin**
**2973 Gibbons Hill Lane**
**League City, TX 77573**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **2/2019**

**Last 4 digits of account number** _

Basis for the claim:   **Claim against probate estate of Debtor's former owner; Debtor disputes liability**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |

**Swift Financial, LLC**
**3505 Silverside Rd.**
**Wilmington, DE 19810**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was
incurred  Loan 11/2018, Judgment 6/2021**

**Last 4 digits of account number** _

Basis for the claim:   **Judgment; believed satisfied with no sums due**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Diamond Realty**
Name
Case number *(if known)*

| | | |
|---|---|---|
| **3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Syndicate**
**5455 Wilshire Blvd., Suite 950**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **11/2018**

Basis for the claim:  **Loan; believed settled with no sums due**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $74,500.00 |

**Todd Larramendy**
**319 Nieto Ave.**
**Long Beach, CA 90814**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **2019**

Basis for the claim:  **Loan; amount disputed**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $40,455.06 |

**U.S. Bank**
**P.O. Box 2407**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/2021**

Basis for the claim:  **Insufficient funds for bank levy by creditor Swift Financial, LLC**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $311.90 |

**U.S. Bank**
**P.O. Box 6335**
**Fargo, ND 58125-6335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Credit card**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $26,294.25 |

**U.S. Small Business Administration**
**801 Tom Martin Dr., Suite 120**
**Birmingham, AL 35211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **PPP loan**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $130.34 |

**Wells Fargo Bank**
**2625 N. Fourth St.**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Overdrawn checking account**

Last 4 digits of account number **2329**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $1,553.69 |

**Wells Fargo Vendor Finnacial Serv.**
**5000 Riverside Dr., Suite 300 East**
**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Equipment lease**

Last 4 digits of account number **7000**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Diamond Realty** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263,216.00 |
|---|---|---|---|

**West Coast Business Capital, LLC**
**116 Nassau St., Suite 804**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/2020__

Basis for the claim: __Loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Receivables Management**<br>**2121 Airline Dr., Suite 520**<br>**Metairie, LA 70002** | Line __3.23__<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Commercial Loan Servicing Dept.**<br>**P.O. Box 3029**<br>**Houston, TX 77253-3029** | Line __3.33__<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Daren M. Schlecter**<br>**10866 Wilshire Blvd., Suite 1270**<br>**Los Angeles, CA 90024** | Line __3.28__<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Everest Business Funding**<br>**102 W. 38th St., 6th Fl.**<br>**New York, NY 10018** | Line __3.10__<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **John Mendoza**<br>**Moore, Brewer & Wolfe, APC**<br>**2121 Palomar Airport Rd., Suite 110**<br>**Carlsbad, CA 92011** | Line __3.6__<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Mohammed I. Abdulla**<br>**600 N. Tustin Ave., Suite 130**<br>**Santa Ana, CA 92705** | Line __3.21__<br>☐ Not listed. Explain ____ | __ |
| 4.7 | **Par Funding**<br>**c/o Ryan K. Stumphauzer, Receiver**<br>**2 S. Biscayne Blvd., Suite 1600**<br>**Miami, FL 33131** | Line __3.8__<br>☐ Not listed. Explain ____ | __ |
| 4.8 | **Recovery Solutions Group**<br>**1008 Mattlind Way**<br>**Milford, DE 19963** | Line __3.10__<br>☐ Not listed. Explain ____ | __ |
| 4.9 | **Thomas W. Kielty**<br>**2447 Pacific Coast Hwy., Suite 100**<br>**Hermosa Beach, CA 90254-2760** | Line __3.30__<br>☐ Not listed. Explain ____ | __ |

| Debtor | Diamond Realty | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **Thomas W. Kielty**<br>**2447 Pacific Coast Hwy., Suite 100**<br>**Hermosa Beach, CA 90254-2760** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Thomas W. Kielty**<br>**2447 Pacific Coast Hwy., Suite 100**<br>**Hermosa Beach, CA 90254-2760** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Thomas W. Kielty**<br>**2447 Pacific Coast Hwy., Suite 100**<br>**Hermosa Beach, CA 90254-2760** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Thomas W. Kielty**<br>**2447 Pacific Coast Hwy., Suite 100**<br>**Hermosa Beach, CA 90254-2760** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Thomas W. Kielty**<br>**2447 Pacific Coast Hwy., Suite 100**<br>**Hermosa Beach, CA 90254-2760** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Thomas W. Kielty**<br>**2447 Pacific Coast Hwy., Suite 100**<br>**Hermosa Beach, CA 90254-2760** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **U.S. Bank**<br>**555 E. Ocean Blvd.**<br>**Long Beach, CA 90802** | Line **3.31**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **U.S. Small Business Administration**<br>**Office of General Counsel**<br>**312 N. Spring St., 5th Fl.**<br>**Los Angeles, CA 90012** | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **WebBank**<br>**215 S. State St., Suite 800**<br>**Salt Lake City, UT 84111** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,921,058.67 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,921,058.67 |

**Fill in this information to identify the case:**

Debtor name    **Diamond Realty**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest  **Lease of Debtor's office (Notice to Quit served 2/22/2023)** | |
| State the term remaining | **CalCom Federal Credit Union 3748 Bayer Ave., Suite 104 Long Beach, CA 90808** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest  **Franchise Agreement** | |
| State the term remaining  **6 years** | **Realty One Group Affiliates, Inc. 23811 Aliso Creek Rd., Suite 168 Laguna Niguel, CA 92677** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name      **Diamond Realty**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Luis Enrique Vega Estate** | c/o Ralph V. Palmieri 4378 La Barca Dr. Tarzana, CA 91356-5022 | **Jennifer Pok** | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.2 | **Luis Enrique Vega Estate** | c/o Ralph V. Palmieri 4378 La Barca Dr. Tarzana, CA 91356-5022 | **Todd Larramendy** | ☐ D _____ ■ E/F __3.30__ ☐ G _____ |
| 2.3 | **Luis Enrique Vega Estate** | c/o Ralph V. Palmieri 4378 La Barca Dr. Tarzana, CA 91356-5022 | **SPG Advance, LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Luis Enrique Vega Estate** | c/o Ralph V. Palmieri 4378 La Barca Dr. Tarzana, CA 91356-5022 | **Business Funding Source, Inc.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

Debtor   **Diamond Realty** _____     Case number *(if known)* _____

▋ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

2.5   **Luis Enrique Vega Estate**   **c/o Ralph V. Palmieri 4378 La Barca Dr. Tarzana, CA 91356-5022**   **Brian Phelt**

□ D _____
■ E/F  __3.5__
□ G _____

2.6   **Luis Enrique Vega Estate**   **c/o Ralph V. Palmieri 4378 La Barca Dr. Tarzana, CA 91356-5022**   **Gabriel Mendez**

□ D _____
■ E/F  __3.15__
□ G _____

2.7   **Luis Enrique Vega Estate**   **c/o Ralph V. Palmieri 4378 La Barca Dr. Tarzana, CA 91356-5022**   **Ho Suk Tak**

□ D _____
■ E/F  __3.17__
□ G _____

2.8   **Luis Enrique Vega Estate**   **c/o Ralph V. Palmieri 4378 La Barca Dr. Tarzana, CA 91356-5022**   **Nassim Ahmed**

□ D _____
■ E/F  __3.21__
□ G _____

2.9   **Luis Enrique Vega Estate**   **c/o Ralph V. Palmieri 4378 La Barca Dr. Tarzana, CA 91356-5022**   **Santiago Group, Inc.**

□ D _____
■ E/F  __3.25__
□ G _____

2.10   **Luis Enrique Vega Estate**   **c/o Ralph V. Palmieri 4378 La Barca Dr. Tarzana, CA 91356-5022**   **Alejandro Portillo**

□ D _____
■ E/F  __3.1__
□ G _____

2.11   **Luis Enrique Vega Estate**   **c/o Ralph V. Palmieri 4378 La Barca Dr. Tarzana, CA 91356-5022**   **Sok Shin**

□ D _____
■ E/F  __3.26__
□ G _____

Debtor    **Diamond Realty**_____    Case number *(if known)* _____

▮    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  **Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.12    **Luis Enrique Vega Estate** | **c/o Ralph V. Palmieri 4378 La Barca Dr. Tarzana, CA 91356-5022** | **Steven Griffin** | ☐ D _____ ■ E/F ___3.27___ ☐ G _____ |
| 2.13    **Luis Enrique Vega Estate** | **c/o Ralph V. Palmieri 4378 La Barca Dr. Tarzana, CA 91356-5022** | **Swift Financial, LLC** | ☐ D _____ ■ E/F ___3.28___ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Diamond Realty**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $20,012.00 |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | $1,711,099.59 |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>■ Other  **cancellation of debt and bank refund error** | $7,051,543.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Debtor | **Diamond Realty** | Case number *(if known)* |
|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Calcom Federal Credit Union v. Diamond Realty, Inc.**<br>**23LBUD00531** | **Unlawful detainer** | **Los Angeles County Superior Court**<br>**275 Magnolia Ave.**<br>**Long Beach, CA 90802** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Debtor | **Diamond Realty** | Case number *(if known)* |
|---|---|---|

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Weintraub Zolkin Talerico & Selth**<br>**11766 Wilshire Blvd., Suite 450**<br>**Los Angeles, CA 90025** | | **2/13/2023** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Luis Enrique Vega Estate** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From–To |
|---|---|

Debtor **Diamond Realty**

Case number *(if known)* _____

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2135 N. Bellflower Blvd. Long Beach, CA 90815** | **2016-2019** |

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Diamond Realty**                                    Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

| Debtor | **Diamond Realty** | Case number *(if known)* | |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Derrick R. E. Doba, CPA**<br>**203 N. LaSalle St., Suite 2100**<br>**Chicago, IL 60601-1226** | **2020-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeffrey Siegel** | **P.O. Box 761398**<br>**Los Angeles, CA 90076** | **Chief Executive Officer** | **0** |
| **Derrick R.E. Doba** | **203 N. LaSalle St., Suite 2100**<br>**Chicago, IL 60601-1226** | **Chief Financial Officer** | **0** |
| **Luis Enrique Vega Estate** | **c/o Ralph V. Palmieri**<br>**4378 La Barca Dr.**<br>**Tarzana, CA 91356-5022** | **Sole owner** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 20, 2023

Signature of individual signing on behalf of the debtor          **Jeffrey Siegel**
                                                                 Printed name

Position or relationship to debtor    **Chief Executive Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re **Diamond Realty** _____

Debtor(s)

Case No. _____

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................. $ _____ **5,000.00**

   Prior to the filing of this statement I have received ....................................... $ _____ **5,000.00**

   Balance Due ................................................................................... $ _____ **0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **Luis Enrique Vega Estate (owner)**

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Exemption planning (in individual cases), communications with Chapter 7 Trustee and United States Trustee**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor (or officer of a corporate debtor) in any Rule 2004 Examinations, dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceedings or contested matters.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 20, 2023** _____

*Date*

**/s/ James R. Selth** _____

**James R. Selth 123420**

*Signature of Attorney*

**Weintraub Zolkin Talerico & Selth LLP**
**11766 Wilshire Boulevard**
**Suite 450**
**Los Angeles, CA 90025**
**(310) 207-1494   Fax: (310) 442-0660**
**jselth@wztslaw.com**

*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**James R. Selth 123420**
**11766 Wilshire Boulevard**
**Suite 450**
**Los Angeles, CA 90025**
**(310) 207-1494 Fax: (310) 442-0660**
California State Bar Number: **123420 CA**
jselth@wztslaw.com

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Diamond Realty**

CASE NO.:

CHAPTER: **7**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

#### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __8__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **March 20, 2023**

**/s/ Jeffrey Siegel**
Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **March 20, 2023**

**/s/ James R. Selth**
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Diamond Realty
P.O. Box 761398
Los Angeles, CA 90076


James R. Selth
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Boulevard
Suite 450
Los Angeles, CA 90025


Alejandro Portillo
6432 Dakota Ridge
El Paso, TX 79912


Altus Receivables Management
2121 Airline Dr., Suite 520
Metairie, LA 70002


American Credit Systems, Inc.
P.O. Box 72849
Roselle, IL 60172-0849


Assured Commercial Cleaning, Inc.
2480 California Ave., Suite B-307
Signal Hill, CA 90755


Bluevine Capital
401 Warren St.
Redwood City, CA 94063


Brian Phelt
1316 Leopard Hunt
San Antonio, TX 78251-4064

Business Funding Source
461 Van Brunt St.
Brooklyn, NY 11231


Business Funding Source, Inc.
27702 Crown Valley Pkwy., D4-179
Ladera Ranch, CA 92694


CalCom Federal Credit Union
3748 Bayer Ave., Suite 104
Long Beach, CA 90808


CHTD Company
P.O. Box 2576
Springfield, IL 62708


Commercial Loan Servicing Dept.
P.O. Box 3029
Houston, TX 77253-3029


Complete Business Solutions Group
20 N. 3rd St.
Philadelphia, PA 19106


Corporation Service Company
P.O. Box 2576
Springfield, IL 62708


Daren M. Schlecter
10866 Wilshire Blvd., Suite 1270
Los Angeles, CA 90024

Derrick R. E. Doba
203 N. La Salle St., Suite 2100
Chicago, IL 60601-1226


EBF Partners, LLC
5 W. 37th St., Suite 1100
New York, NY 10018


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Everest Business Funding
102 W. 38th St., 6th Fl.
New York, NY 10018


Financial Pacific Leasing
3455 S. 344th Way, Suite 300
Federal Way, WA 98001


First Corporate Solutions
914 S St.
Sacramento, CA 95811


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Fusion, LLC
210 Interstate North Pkwy.
Suite 200
30339

Gabriel Mendez
5925 Silver Springs, Suite A
El Paso, TX 79912


Hiscox Insurance Company, Inc.
104 S. Michigan Ave., Suite 600
Chicago, IL 60603


Ho Suk Tak
17438 Sapphire Rim Dr.
San Antonio, TX 78232


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jennifer Pok
319 Nieto Ave.
Long Beach, CA 90814


John Mendoza
Moore, Brewer & Wolfe, APC
2121 Palomar Airport Rd., Suite 110
Carlsbad, CA 92011


Karen S. Wood-Nackard
8112 N. 53rd St.
Paradise Valley, AZ 85253


LoanMe
1900 S. State College Blvd.
Suite 300
Anaheim, CA 92806

Luis Enrique Vega Estate
c/o Ralph V. Palmieri
4378 La Barca Dr.
Tarzana, CA 91356-5022


Mohammed I. Abdulla
600 N. Tustin Ave., Suite 130
Santa Ana, CA 92705


Nassim Ahmed
6240 Shore Point Ct.
Rancho Cucamonga, CA 91729


Net2Phone Global Services, LLC
520 Broad St., 5th Fl.
Newark, NJ 07102


Opcity Inc.
P.O. Box 122570
Dallas, TX 75312-2570


Par Funding
c/o Ryan K. Stumphauzer, Receiver
2 S. Biscayne Blvd., Suite 1600
Miami, FL 33131


Ralph V. Palmieri
4378 La Barca Dr.
Tarzana, CA 91356-5022


Realty One Group Affiliates, Inc.
23811 Aliso Creek Rd., Suite 168
Laguna Niguel, CA 92677

Recovery Solutions Group
1008 Mattlind Way
Milford, DE 19963


Santiago Group, Inc.
17423 Lake Chelan Ln.
Humble, TX 77346


Sok Shin
13404 Overlook Bluff
San Antonio, TX 78233


SPG Advance, LLC
1221 McDonald Ave.
Brooklyn, NY 11230


Steven Griffin
2973 Gibbons Hill Lane
League City, TX 77573


Swift Financial, LLC
3505 Silverside Rd.
Wilmington, DE 19810


Syndimate
5455 Wilshire Blvd., Suite 950
Los Angeles, CA 90036


Tailored Capiital
501 N. El Camino Real, Suite 200
San Clemente, CA 92672

Thomas W. Kielty
2447 Pacific Coast Hwy., Suite 100
Hermosa Beach, CA 90254-2760


Todd Larramendy
319 Nieto Ave.
Long Beach, CA 90814


U.S. Bank
P.O. Box 2407
Minneapolis, MN 55402


U.S. Bank
P.O. Box 6335
Fargo, ND 58125-6335


U.S. Bank
555 E. Ocean Blvd.
Long Beach, CA 90802


U.S. Small Business Administration
801 Tom Martin Dr., Suite 120
Birmingham, AL 35211


U.S. Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Fl.
Los Angeles, CA 90012


U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935

WebBank
215 S. State St., Suite 800
Salt Lake City, UT 84111


Wells Fargo Bank
2625 N. Fourth St.
Flagstaff, AZ 86004


Wells Fargo Vendor Finnacial Serv.
5000 Riverside Dr., Suite 300 East
Irving, TX 75039


West Coast Business Capital, LLC
116 Nassau St., Suite 804
New York, NY 10038